# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HELEN DAVIS, M.D., | : | No. 89 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NVR, INC, RYAN HOMES, MERITAGE | : | |
| GROUP, L.P., STROSCHEIN ROAD | : | |
| ASSOCIATES, L.P., R.F. MITALL & | : | |
| ASSOCIATES,  RONALD HARVEY, | : | |
| RONALD HARVEY EXCAVATING AND | : | |
| SNOWPLOWING, F&F CONSULTANTS, | : | |
| INC., AND LANDSCAPES AND MORE, | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is:

> Whether a contractor who creates a dangerous condition on land is relieved of his duty of reasonable care to subsequent users of the land by the fact that the dangerous condition was discoverable by either the owner of the land or by the user of the land[?]